# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2017

## NO. 03-17-00098-CV

**Jeffrey W. Phillips and DBP Burnet, LLC,**
**d/b/a Dickey's Barbecue Pit, Appellants**

**v.**

**PPF AMLI 5350 Burnet Road, LLC, Appellee**

---

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
### DISMISSED ON APPELLANT'S MOTION—OPINION BY CHIEF JUSTICE ROSE

---

This is an appeal from the judgment signed by the trial court on November 21, 2016. Jeffrey W. Phillips and DBP Burnet, LLC, d/b/a Dickey's Barbecue Pit, have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear the costs of appeal incurred by that party, both in this Court and in the court below.